UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| STEVE MURRAY,<br><br>　　　　　　　　　　Plaintiff,<br>　v.<br>KENNETH WILLIAMS, *et al.*,<br><br>　　　　　　　　　　Defendants. | Case No.: 3:25-cv-00123-MMD-CSD<br><br>ORDER |

*Pro se* Plaintiff Steve Murray, who is currently incarcerated in the custody of the Nevada Department of Corrections at Northern Nevada Correctional Center ("NNCC"), filed a civil rights complaint under 42 U.S.C. § 1983 against Dr. Benson, Dr. Voss, Dr. Bijjula, Dr. Williams, Director of Nursing ("DON") Lucas, DON Isaacson, Brendal, John Doe 1 (when his or her identity is learned), Medekith, Kris, and John Doe 2 (when his or her identity is learned) for events that allegedly happened while he was incarcerated at NNCC. (ECF Nos. 1, 1-1.) The Court allowed him to proceed on Eighth Amendment deliberate indifference to serious medical needs claims against the above-named defendants. (ECF No. 5.) Murray subsequently filed a motion for temporary restraining order ("TRO") and/or preliminary injunction ("PI") asserting inadequate treatment by prison medical personnel for his blood cancer and seeking an order that he be (1) scheduled for an appointment with an oncologist; and (2) permitted to undergo regular phlebotomies until his cancer returns to remission.[1] (ECF Nos. 10, 11 (collectively referred to as "Motion"); *see also* ECF No. 28 at 3.) Before the Court is the Report and Recommendation ("R&R") of United States Magistrate Judge Craig S. Denney (ECF No. 28), recommending the Court denies the Motion. (ECF No. 28 at 8-9.) To date, no

---

[1]Judge Denney held a hearing on the Motion on July 2, 2025, where Director of Nursing, Christy Coss, was present. (ECF No. 26.)

1  objections to the R&R have been filed. Because there is no objection, and, as further
2  explained below, the Court will adopt the R&R.

3  Because there is no objection, the Court need not conduct de novo review, and is
4  satisfied that Judge Denney did not clearly err. *See United States v. Reyna-Tapia*, 328
5  F.3d 1114, 1116 (9th Cir. 2003) ("De novo review of the magistrate judges' findings and
6  recommendations is required if, but *only* if, one or both parties file objections to the
7  findings and recommendations." (emphasis in original)). First, Judge Denney
8  recommends the Court deny the Motion to the extent Murray requests an appointment
9  with an oncologist, as he was seen by an oncologist (Dr. Bijjula) in May 2025, and,
10 according to Nurse Coss, has a follow-up appointment scheduled for July 2025. (ECF No.
11 28 at 5.) Second, Judge Denney recommends the Court deny the Motion insofar as
12 Murray requests regular phlebotomies, as this treatment has not been ordered by his
13 oncologist and reflects a disagreement between the specialist's recommended course of
14 treatment and Murray's personal belief about the care he should receive. (*Id.* at 5-6.)
15 Here, Murray provides insufficient evidence to support his claim that phlebotomy could
16 temporarily correct his blood condition. (*Id.* at 7.) Murray also fails to show that additional
17 phlebotomies were medically indicated or that the decision not to provide them was
18 "medically unacceptable under the circumstances" or made "in conscious disregard of an
19 excessive risk" to his health, which is the required standard under an Eighth Amendment
20 deliberate indifference to serious medical needs claim in the context of a physician-
21 prisoner difference of opinion. (*Id.*) Moreover, there is insufficient evidence to support
22 Murray's claim that his cancer progressed because of a failure to receive phlebotomies.
23 (*Id.*) Having reviewed the R&R, Judge Denney did not clearly err.
24 ///
25 ///
26 ///
27 ///
28

1    It is therefore ordered that Judge Denney's Report and Recommendation (ECF No. 28) is accepted and adopted in full.

It is further ordered that Murray's motions for TRO and for PI (ECF Nos. 10, 11) are denied.

DATED THIS 29th Day of July 2025.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE