**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

STEVE MURRAY,

                    Plaintiff,

v.

KEN WILLIAMS, *et al.*,

                    Defendants.

3:25-cv-00123-MMD-CSD

**ORDER RE: SERVICE OF PROCESS**

The Office of the Attorney General did not accept service of process on behalf of Defendants **Ragneel Bijjula, M.D.**, **Kristina Dodd**, and **Candis Rambur**. (ECF No. 33.) However, the Attorney General has filed the last known addresses of these Defendants under seal. (ECF No. 34.)

The Clerk shall ISSUE summonses for **Ragneel Bijjula, M.D.**, **Kristina Dodd**, and **Candis Rambur** and send the same to the U.S. Marshal with the addresses provided under seal. (ECF No. 34.) The Clerk shall also SEND sufficient copies of the Complaint (ECF No. 6), the screening order (ECF No. 5), and this order to the U.S. Marshal for service on Defendants Bijjula, Dodd, and Rambur. The court will separately provide to the U.S. Marshal completed USM 285 forms for the Defendants.

Plaintiff is reminded that **November 17, 2025**, is the deadline to complete service of process pursuant to Fed. R. Civ. P. 4(m).

**IT IS SO ORDERED.**

DATED: September 10, 2025.



Craig S. Denney
United States Magistrate Judge