# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| STEVE MURRAY,<br><br>                          Plaintiff,<br><br>  v.<br><br>KEN WILLIAMS, *et al.*,<br><br>                        Defendants. | 3:25-cv-00123-MMD-CSD<br><br>**ORDER**<br><br>Re:  ECF Nos. 52, 53 |

      Before the court are Plaintiff's Request for Production of Documents. (ECF Nos. 52, 53.) Plaintiff is advised that discovery papers and discovery documents are not to be filed unless ordered by the court.  LR 26-7.  The exception to this rule would be if the discovery is the subject of and is appended to a discovery motion, response or reply.

      Therefore, Plaintiff's Request for Production of Documents (ECF Nos. 52, 53) are **STRICKEN** from the court's docket.

      **IT IS SO ORDERED.**

      DATED:  December 2, 2025.

                                                        _____<br>
                                                        Craig S. Denney<br>
                                                        United States Magistrate Judge