# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

STEVE MURRAY,

                                    Plaintiff,

   v.

KEN WILLIAMS, *et al.*,

                                    Defendants.

3:25-cv-00123-MMD-CSD

**ORDER**

Re:  ECF No. 56

Before the court is Plaintiff's Request for Admissions. (ECF No. 56.) Plaintiff is again advised that discovery papers and discovery documents are not to be filed unless ordered by the court.  LR 26-7.  The exception to this rule would be if the discovery is the subject of and is appended to a discovery motion, response or reply.

Therefore, Plaintiff's Request for Admissions (ECF No. 56) is **STRICKEN** from the court's docket.

**IT IS SO ORDERED.**

DATED:  January 26, 2026.



Craig S. Denney
United States Magistrate Judge