# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

STEVE MURRAY,

    Plaintiff

v.

KEN WILLIAMS, et al.,

    Defendants

Case No.: 3:25-cv-00123-MMD-CSD

**Order**

Re: ECF No. 64

Plaintiff has filed a motion for leave to file an amended complaint to name Michael Bashor in place of John Doe 1 and to name Nurse Marites Day in place of RN Mediketh. (ECF No. 64.) Defendants do not oppose the motion. (ECF No. 65.)

The court screened Plaintiff's complaint and allowed him to proceed with Eighth Amendment deliberate indifference to serious medical needs claims against Dr. Benson, Dr. Voss, Dr. Bijjula, Dr. Williams, Director of Nursing (DON) Lucas, DON Isaacson, John Doe 1, Medekith, Kris, and John Doe 2. (ECF No. 5.)

Plaintiff's motion (ECF No. 64) is **GRANTED** insofar as the court will substitute Michael Bashor in place of John Doe 1 and will substitute Nurse Marites Day in place of RN Mediketh. There is no need for Plaintiff to file an amended complaint.

On or before **March 18, 2026**, the Attorney General's Office shall file a notice indicating whether or not it will accept service for Michael Bashor and Nurse Marites Day. If it does not accept service for any of these defendants, it shall file their last known address under seal (but shall not serve the inmate Plaintiff with the last known address). If the last known address is a

post office box, the Attorney General's Office shall attempt to obtain and provide the last known physical address.

**IT IS SO ORDERED**.

Dated: March 4, 2026

_____
Craig S. Denney
United States Magistrate Judge

2