**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

STEVE MURRAY,

    Plaintiff

v.

KEN WILLIAMS, et al.,

    Defendants

Case No.: 3:25-cv-00123-MMD-CSD

**Order**

Re: ECF No. 74

Plaintiff has filed a motion seeking an extension of the discovery deadline to 90 days after defendant Bijjula is served, and an extension of the dispositive motions deadline to 45 days after discovery closes. (ECF No. 74.)

Plaintiff's motion (ECF No. 74) is **DENIED** insofar as the court just entered an order granting Defendants' motion for an extension of these deadlines. (ECF No. 93.) If Plaintiff needs additional time beyond the extended deadlines, he can file a motion consistent with the applicable rules and this court's orders.

**IT IS SO ORDERED**.

Dated: June 25, 2026

_____
Craig S. Denney
United States Magistrate Judge