# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

STEVE MURRAY,

    Plaintiff

v.

KEN WILLIAMS, et al.,

    Defendants

Case No.: 3:25-cv-00123-MMD-CSD

**Order**

Re: ECF Nos. 78, 80, 84

Before the court are: (1) Plaintiff's motion for leave to file medical records under seal in connection with his motion for injunctive relief; and (2) Defendants' motions for leave to file medical records under seal in connection with their responses to Plaintiff's motion for injunctive relief (ECF Nos. 80, 84).

When the documents sought to be sealed are "more than tangentially related to the merits of a case," as they potentially are here, the court must find compelling reasons support the sealing of the documents. *Center for Auto Safety v. Chrysler Group, LLC*, 809 F.3d 1092, 1096-97, 1101 (9th Cir. 2016).

This court, and others within the Ninth Circuit, have recognized that the need to protect medical privacy qualifies as a "compelling reason" for sealing records because the plaintiff's interest in keeping his sensitive health information confidential outweighs the public's need for direct access to the medical records.

///

///

///

Therefore, Plaintiff's motion (ECF No. 78) and Defendants' motions (ECF Nos. 80. 84) are **GRANTED**.

**IT IS SO ORDERED**.

Dated: June 25, 2026

_____
Craig S. Denney
United States Magistrate Judge

2