**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

STEVE MURRAY,

    Plaintiff

v.

KEN WILLIAMS, et al.,

    Defendants

Case No.: 3:25-cv-00123-MMD-CSD

**Order**

Re: ECF No. 89

On June 9, 2026, Plaintiff filed a motion to discovery, asserting that he served various discovery requests on Defendants, but received no responses. He met and conferred with defense counsel, who represented first that they needed additional time, and then that Defendants would be seeking an extension of time to respond to discovery, but Plaintiff still has not received the responses. (ECF No. 89.)

On June 18, 2026, Defendants filed a motion, and the court granted an extension of the discovery cutoff to September 16, 2026, and the dispositive motions deadline to October 16, 2026. (ECF No. 92.) Defendants did not seek a specific extension of time to serve responses to discovery already propounded by Plaintiff. On June 23, 2026, Defendants filed a motion for an extension of time to respond to Plaintiff's motion to compel due to staffing issues and counsel's medical issues. (ECF No. 94.) The court granted the motion, giving Defendants until July 7, 2026, to file their response. (ECF No. 95.)

Defendants have not timely filed their response. The court will give Defendants one last chance to file a response, or Plaintiff's motion will be granted pursuant to Local Rule 7-2(d).

///

**CONCLUSION**

Defendants have up to and including **July 15, 2026**, to file their response to Plaintiff's motion to compel. If a response is not timely filed, Plaintiff's motion will be granted pursuant to Local Rule 7-2(d).

**IT IS SO ORDERED**.

Dated: July 8, 2026

_____
Craig S. Denney
United States Magistrate Judge

2