**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

STEVE MURRAY,

Plaintiff

v.

KEN WILLIAMS, et al.,

Defendants

Case No.: 3:25-cv-00123-MMD-CSD

**Order**

Re: ECF No. 102

On or before **July 24, 2026**, Defendants shall **file under seal but NOT serve on the Plaintiff** the date of Plaintiff's appointment with the new hematologist/oncologist.

**IT IS SO ORDERED**.

Dated: July 20, 2026

Craig S. Denney
United States Magistrate Judge