**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

STEVE MURRAY,

Plaintiff

v.

KEN WILLIAMS, et al.,

Defendants

Case No.: 3:25-cv-00123-MMD-CSD

**Order**

Re: ECF No. 109

Defendants filing indicates that Plaintiff saw a new oncologist on July 23, 2026. (ECF No. 109.) On or before **August 7, 2026**, Defendants shall obtain and file under seal any report or medical record from that visit. Defendants shall also ensure that Plaintiff is given an opportunity to review such record before the August 12, 2026 hearing.

**IT IS SO ORDERED**.

Dated: July 27, 2026

Craig S. Denney
United States Magistrate Judge