**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

STEVE MURRAY,

Plaintiff

v.

KEN WILLIAMS, et al.,

Defendants

Case No.: 3:25-cv-00123-MMD-CSD

**Order**

Re: ECF No. 114

Defendants have filed a motion requesting to continue the hearing on Plaintiff's motion for injunctive relief, currently scheduled for August 12, 2026, because counsel for Defendants must undergo emergency surgery that day. (ECF No. 114.)

Defendants' motion (ECF No. 114) is **GRANTED**. The court will continue the hearing on Plaintiff's motion for injunctive relief to a date after August 20, 2026. The court will issue a separate order with the new hearing date.

**IT IS SO ORDERED**.

Dated: August 5, 2026

Craig S. Denney
United States Magistrate Judge